UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12CV1578 JAR |
| PETER RAMOS YEO, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Following a telephone conference with counsel on January 3, 2013,

**IT IS HEREBY ORDERED** that Plaintiff shall file its response to Defendant's Motion for Certification of Interlocutory Appeal [ECF No. 64] and Motion to Stay Proceedings Pending Interlocutory Appeal [ECF No. 65] no later than **January 10, 2013.** Defendant shall file any reply no later than **January 15, 2013.**

Dated this 3rd day of January, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE